IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SCOTT AVERY WILSON                                                                                    PLAINTIFF

VS.                                           4:18-CV-00491-BRW

FILTREX SERVICE GROUP INC., *et al.*                                                    DEFENDANTS

**ORDER**

The Joint Motion to Transfer Case (Doc. No. 13) is GRANTED. Accordingly, the Clerk of the Court is directed to immediately TRANSFER this case to the United States District Court for the Northern District of Oklahoma.

Defendants' Motion to Dismiss (Doc. No. 9) is MOOT.

IT IS SO ORDERED this 26th day of September, 2018.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE